Alicia J. Donahue (SBN 117412)
adonahue@shb.com
Amir Nassihi (SBN 235936)
anassihi@shb.com
SHOOK, HARDY & BACON, LLP
One Montgomery, Suite 2700
San Francisco, CA 94104
Tel:   (415) 544-1900
Fax:   (415) 391-0281

Attorneys for Defendants
STRYKER CORPORATION and
HOWMEDICA OSTEONICS CORP
(erroneously sued herein as Stryker Orthopaedics)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TRAVIS J. CURRIER, an individual,<br><br>　　　　　Plaintiff,<br><br>　　V.<br><br>STRYKER CORPORATION; STRYKER SALES CORPORATION; HOWMEDICA OSTEONICS CORP, dba STRYKER ORTHOPAEDICS; and Does 1-20,<br><br>　　　　　Defendants. | Case No. 2:11-cv-01203-JAM-EFB<br><br>**ORDER TO CONTINUE RULE 26(f) STATUS REPORT DEADLINE** |

IT IS HEREBY ORDERED:

That the Rule 26(f) Status Report deadline currently scheduled for July 5, 2011 be continued to August 2, 2011.

Dated:  6/28/2011                                         /s/ John A. Mendez_____

　　　　　　　　　　　　　　　　　　　　　　　　　Honorable John A. Mendez

1
[PROPOSED] ORDER TO CONTINUE RULE 26(f) STATUS REPORT DEADLINE
211527 V1

PDF created with pdfFactory trial version www.pdffactory.com