Alicia J. Donahue (SBN 117412)
adonahue@shb.com
Amir Nassihi (SBN 235936)
anassihi@shb.com
SHOOK, HARDY & BACON, LLP
One Montgomery, Suite 2700
San Francisco, CA 94104
Tel:   (415) 544-1900
Fax:   (415) 391-0281

Attorneys for Defendants
STRYKER CORPORATION and
HOWMEDICA OSTEONICS CORP
(erroneously sued herein as Stryker Orthopaedics)

William F. Wright (SBN 109470)
wfwattny@aol.com
VICTOR X. BERTOLANI (SBN 146376)
ATTORNEYS AT LAW
1731 "J" Street, Suite 250
Sacramento, California 95811
Tel:  (916) 442-8614
Fax:  (916) 442-5679

Attorneys for Plaintiff
TRAVIS J. CURRIER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TRAVIS J. CURRIER, an individual, | Case No. 2:11-cv-01203-JAM-EFB |
| Plaintiff, | **STIPULATED REQUEST FOR LEAVE TO AMEND SECOND AMENDED COMPLAINT AND CONTINUE PRE-TRIAL SCHEDULING ORDER DEADLINES** |
| v. | |
| STRYKER CORPORATION; STRYKER SALES CORPORATION; HOWMEDICA OSTEONICS CORP, dba STRYKER ORTHOPAEDICS; and Does 1-20, | **(AS MODIFIED BY THE COURT)** |
| Defendants. | |

THE PARTIES RESPECTFULLY SUBMIT THE FOLLOWING STIPULATED

REQUEST, through their respective attorneys of record, as follows:

1

PDF created with pdfFactory trial version www.pdffactory.com

1. On August 1, 2011, this Court issued its Pre-trial Scheduling Order addressing amendments to the pleadings and setting a schedule for this case, including expert disclosures on July 13, 2012, and trial on January 28, 2013.

2. At that time, Defendants' Motion to Dismiss Plaintiff's First Amended Complaint was set for hearing on September 7, 2011. On October 13, 2011, this Court granted Defendants' Motion to Dismiss Plaintiff's First Amended Complaint. Plaintiff subsequently filed his Second Amended Complaint and Defendants moved to dismiss Plaintiff's Second Amended Complaint on November 23, 2011.

3. On March 27, 2012, this Court denied Defendants' Motion to Dismiss and directed Defendants to file the Answers by April 16, 2012.

4. On April 16, 2012, Defendants filed their Answers and this case first became at issue.

5. Parties' Initial Disclosures were due two weeks after this case became at issue and Parties timely exchanged initial disclosures, receiving each others' disclosures in early May 2012.

6. Based on these events and intervening discussions, Defendants have informed Plaintiff that the current Defendants were not the manufacturers, designers, or distributors of the femoral stem implanted into Plaintiff, and that Pfizer Inc. is the proper defendant.

7. As such, Plaintiff needs to amend his complaint to add Defendant Pfizer Inc. into the action. If Defendants' contentions are confirmed in discovery, Plaintiff will dismiss some or all of the currently named Defendants.

8. Pfizer Inc., in turn, would need adequate time to conduct discovery and prepare experts. Plaintiff also would need additional time to conduct discovery and prepare his case against Pfizer Inc.

9. As such, Parties hereby stipulate and respectfully request that this Court consider the foregoing as good cause to amend the existing Pre-trial Scheduling Order.

10. Parties propose that the current Pre-trial Scheduling Order be vacated to allow Plaintiff to amend his Second Amended Complaint by July 3, 2012, and that a new Scheduling Conference be set for September 2012.

PDF created with pdfFactory trial version www.pdffactory.com

1     11.    In the alternative, Parties respectfully request that the Pre-trial Scheduling Order be Amended as follows:

      12.    It is respectfully requested that the Court, in its discretion, continue all Pre-Trial Scheduling Order deadlines by eight (8) months to the following:

    a.) Plaintiff shall have until July 3, 2012 to amend his Second Amended Complaint as to the Parties as described in this Stipulation;

    b.) All dispositive motions shall be filed by June 26, 2013;

    c.) Hearing on such [dispositive] motions shall be on July 24, 2013 at 9:30 a.m.;

    d.) All discovery shall be completed by May 7, 2013;

    e.) The parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by March 12, 2013;

    f.) Supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by March 26, 2013;

    g.) The final pre-trial conference be set for August 28, 2013 at 3:00 p.m.; and

    h.) Jury trial in this matter be set for September 30, 2013 at 9:00 a.m.

      13.    In addition, Parties respectfully request that any settlement conference be set for after April 1, 2013.

Dated: May 30, 2012                          By: */s/ Victor X. Bertolani*
                                                                  WILLIAM F. WRIGHT
                                                                  VICTOR X. BERTOLANI

                                                                  Attorneys for Plaintiff TRAVIS J. CURRIER

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: May 30, 2012 | By: */s/ Amir Nassihi*<br>ALICIA J. DONAHUE<br>AMIR NASSIHI<br><br>Attorneys for Defendants STRYKER CORPORATION AND HOWMEDICA OSTEONICS CORP (erroneously sued as Stryker Orthopaedics) |

**IT IS SO ORDERED (AS MODIFIED BY THE COURT).**

DATED: May 31, 2012

/s/ John A. Mendez

U. S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com