1  Alicia J. Donahue (SBN 117412)
   Amir Nassihi (SBN 235936)
2  SHOOK, HARDY & BACON L.L.P.
   One Montgomery, Suite 2700
3  San Francisco, California 94104
   Telephone: (415) 544-1900
4  Facsimile: (415) 391-0281
   adonahue@shb.com
5  anassihi@shb.com

6  Attorneys for Defendants STRYKER CORPORATION
   and HOWMEDICA OSTEONICS CORP (erroneously
7  sued as Stryker Orthopaedics)

8  William F. Wright (SBN 109470)
   Victor X. Bertolani (SBN 146376)
9  Attorneys At Law
   1731 "J" Street, Suite 250
10 Sacramento, California 95811
   Telephone:  (916) 442-8614
11 Facsimile:  (916) 442-5679
   wfwattny@aol.com
12
   David A. Valerio (SBN 133568)
13 Attorney at Law
   P.O. Box 4977
14 Auburn, California 95604
   Telephone: (916) 401-0369
15
   Attorneys for Plaintiff
16 TRAVIS J. CURRIER

17                   UNITED STATES DISTRICT COURT

18                   EASTERN DISTRICT OF CALIFORNIA

19

20 TRAVIS J. CURRIER, an individual,        Case No. 2:11-cv-01203-JAM-EFB

21            Plaintiff,                    **STIPULATION AND ORDER TO EXTEND
                                            TIME TO PLEAD OR OTHERWISE
22     v.                                   RESPOND**

23 STRYKER CORPORATION; STRYKER
   SALES CORPORATION; HOWMEDICA
24 OSTEONICS CORP, dba STRYKER
   ORTHOPAEDICS, and DOES 1-20,
25
              Defendants.
26

27

28

PDF created with pdfFactory trial version www.pdffactory.com

1  Whereas, on May 30, 2012, the parties filed a stipulated request to continue the pretrial
2  scheduling order deadlines, to allow Plaintiff to amend his complaint to include Pfizer as a
3  Defendant.

4  Whereas, on May 31, 2012, this Court entered a stipulation to continue the pretrial
5  scheduling order deadlines, and allowed Plaintiff to amend his complaint as to the parties by July 3,
6  2012, to add additional defendant Pfizer and dismiss as defendants Stryker Corporation and
7  Howmedica Osteonics Corp. as soon as Plaintiff obtained further confirmation that Stryker
8  Corporation and Howmedica Osteonics Corp. were not the manufacturers of the subject device.

9  Whereas, on July 3, 2012, Plaintiff filed a Second Amended Complaint and included Pfizer
10 as a Defendant, in addition to Defendants Stryker Corporation and Howmedica Osteonics Corp.

11 Whereas, Stryker Corporation and Howmedica Osteonics Corp. responses to Plaintiff's
12 complaint are currently due on July 17, 2012.[1]

13 IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel
14 and pursuant to Civil Local Rules 143 and 144 that the time for Defendants STRYKER
15 CORPORATION and HOWMEDICA OSTEONICS CORP (erroneously sued as Stryker
16 Orthopaedics) to answer, move, or otherwise respond to Plaintiffs' Second Amended Complaint is
17 extended by 28 days to and including August 14, 2012.

Dated: July 10, 2012                           ATTORNEYS AT LAW

                                               By:  /s/  *William F. Wright*
                                                    WILLIAM F. WRIGHT

                                               Attorneys for Plaintiff

Dated: July 10, 2012                           SHOOK, HARDY & BACON L.L.P.

                                               By:  /s/  *Amir Nassihi*
                                                    ALICIA J. DONAHUE
                                                    AMIR NASSIHI

---
[1] Newly named defendant, Pfizer Inc. is yet to be served with the complaint.

PDF created with pdfFactory trial version www.pdffactory.com

Attorneys for Defendants STRYKER CORPORATION AND HOWMEDICA OSTEONICS CORP (erroneously sued as Stryker Orthopaedics)

**IT IS SO ORDERED.**

DATED:  7/11/12                          /s/ John A. Mendez
                                         JOHN A. MENDEZ
                                         United States District Court Judge