Alicia J. Donahue (SBN 117412)
Amir Nassihi (SBN 235936)
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone: (415) 544-1900
Facsimile: (415) 391-0281
adonahue@shb.com
anassihi@shb.com

Attorneys for Defendants STRYKER CORPORATION and HOWMEDICA OSTEONICS CORP (erroneously sued as Stryker Orthopaedics)

William F. Wright (SBN 109470)
Victor X. Bertolani (SBN 146376)
Attorneys At Law
1731 "J" Street, Suite 250
Sacramento, California 95811
Telephone:  (916) 442-8614
Facsimile:  (916) 442-5679
wfwattny@aol.com

David A. Valerio (SBN 133568)
Attorney at Law
P.O. Box 4977
Auburn, California 95604
Telephone: (916) 401-0369

Attorneys for Plaintiff
TRAVIS J. CURRIER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS J. CURRIER, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>STRYKER CORPORATION; STRYKER SALES CORPORATION; HOWMEDICA OSTEONICS CORP, dba STRYKER ORTHOPAEDICS, and DOES 1-20,<br><br>          Defendants. | Case No. 2:11-cv-01203-JAM-EFB<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO PLEAD OR OTHERWISE RESPOND** |

PDF created with pdfFactory trial version www.pdffactory.com

1  Whereas, on May 30, 2012, the parties filed a stipulated request to continue the pretrial scheduling order deadlines, to allow Plaintiff to amend his complaint to include Pfizer as a Defendant.

Whereas, on May 31, 2012, this Court entered a stipulation to continue the pretrial scheduling order deadlines, and allowed Plaintiff to amend his complaint as to the parties by July 3, 2012, to add additional defendant Pfizer and dismiss as defendants Stryker Corporation and Howmedica Osteonics Corp. as soon as Plaintiff obtained further confirmation that Stryker Corporation and Howmedica Osteonics Corp. were not the manufacturers of the subject device.

Whereas, on July 3, 2012, Plaintiff filed a Second Amended Complaint and included Pfizer as a Defendant, in addition to Defendants Stryker Corporation and Howmedica Osteonics Corp.

Whereas, Stryker Corporation and Howmedica Osteonics Corp. responses to Plaintiff's complaint are currently due on July 17, 2012.[1]

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and pursuant to Civil Local Rules 143 and 144 that the time for Defendants STRYKER CORPORATION and HOWMEDICA OSTEONICS CORP (erroneously sued as Stryker Orthopaedics) to answer, move, or otherwise respond to Plaintiffs' Second Amended Complaint is extended by 28 days to and including August 14, 2012.

Dated: July 10, 2012           ATTORNEYS AT LAW

                               By:  /s/  *William F. Wright*
                                    WILLIAM F. WRIGHT

                               Attorneys for Plaintiff

Dated: July 10, 2012           SHOOK, HARDY & BACON L.L.P.

                               By:  /s/  *Amir Nassihi*
                                    ALICIA J. DONAHUE
                                    AMIR NASSIHI

---

[1] Newly named defendant, Pfizer Inc. is yet to be served with the complaint.

PDF created with pdfFactory trial version www.pdffactory.com

Attorneys for Defendants STRYKER CORPORATION AND HOWMEDICA OSTEONICS CORP (erroneously sued as Stryker Orthopaedics)

**IT IS SO ORDERED.**

DATED:  7/11/12                              /s/ John A. Mendez
                                             JOHN A. MENDEZ
                                             United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com