Alicia J. Donahue (SBN 117412)
Amir Nassihi (SBN 235936)
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone: (415) 544-1900
Facsimile: (415) 391-0281
adonahue@shb.com
anassihi@shb.com

Attorneys for Defendants STRYKER CORPORATION and HOWMEDICA OSTEONICS CORP (erroneously sued as Stryker Orthopaedics)

William F. Wright (SBN 109470)
Victor X. Bertolani (SBN 146376)
Attorneys At Law
1731 "J" Street, Suite 250
Sacramento, California 95811
Telephone: (916) 442-8614
Facsimile: (916) 442-5679
wfwattny@aol.com

David A. Valerio (SBN 133568)
Attorney at Law
P.O. Box 4977
Auburn, California 95604
Telephone: (916) 401-0369

Attorneys for Plaintiff
TRAVIS J. CURRIER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS J. CURRIER, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>STRYKER CORPORATION; STRYKER SALES CORPORATION; HOWMEDICA OSTEONICS CORP, dba STRYKER ORTHOPAEDICS, and DOES 1-20,<br><br>   Defendants. | Case No. 2:11-cv-01203-JAM-EFB<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO PLEAD OR OTHERWISE RESPOND** |

PDF created with pdfFactory trial version www.pdffactory.com

Whereas, on May 30, 2012, the Parties filed a stipulated request to continue the pretrial scheduling order deadlines, to allow Plaintiff to amend his complaint to include Pfizer as a Defendant.

Whereas, on May 31, 2012, this Court entered a stipulation to continue the pretrial scheduling order deadlines, and allowed Plaintiff to amend his complaint as to the Parties by July 3, 2012, to add additional Defendant Pfizer and dismiss as Defendants Stryker Corporation and Howmedica Osteonics Corp. as soon as Plaintiff obtained further confirmation that Stryker Corporation and Howmedica Osteonics Corp. were not the manufacturers of the subject device.

Whereas, on July 3, 2012, Plaintiff filed a Second Amended Complaint and included Pfizer as a Defendant, in addition to Defendants Stryker Corporation and Howmedica Osteonics Corp.

Whereas, on July 11, 2012, this Court granted Parties' stipulation to extend the time for Stryker Corporation and Howmedica Osteonics Corp. to respond to Plaintiff's complaint to August 14, 2012.

Whereas Co-Defendant Pfizer was recently served with Plaintiff's complaint and its response is currently due on September 10, 2012.

Whereas Plaintiff expects to dismiss Defendants Stryker Corporation and Howmedica Osteonics Corp. once Pfizer appears in this action and acknowledges it's role relative to the product.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and pursuant to Civil Local Rules 143 and 144 that the time for Defendants STRYKER CORPORATION and HOWMEDICA OSTEONICS CORP (erroneously sued as Stryker Orthopaedics) to answer, move, or otherwise respond to Plaintiffs' Second Amended Complaint is extended by 35 days to September 18, 2012.

Dated: August 13, 2012                        ATTORNEYS AT LAW

                                              By:  /s/  *William F. Wright*
                                                    WILLIAM F. WRIGHT

                                              Attorneys for Plaintiff

Dated: August 13, 2012					SHOOK, HARDY & BACON L.L.P.

						By: /s/ *Amir Nassihi*
						ALICIA J. DONAHUE
						AMIR NASSIHI

						Attorneys for Defendants STRYKER CORPORATION AND HOWMEDICA OSTEONICS CORP (erroneously sued as Stryker Orthopaedics)

**IT IS SO ORDERED.**

DATED:   August 13, 2012			 /s/ John A. Mendez
						JOHN A. MENDEZ
						United States District Court Judge