Alicia J. Donahue (SBN 117412)
Amir Nassihi (SBN 235936)
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone: (415) 544-1900
Facsimile: (415) 391-0281
adonahue@shb.com
anassihi@shb.com

Attorneys for Defendants STRYKER CORPORATION and HOWMEDICA OSTEONICS CORP (erroneously sued as Stryker Orthopaedics)

William F. Wright (SBN 109470)
Victor X. Bertolani (SBN 146376)
Attorneys At Law
1731 "J" Street, Suite 250
Sacramento, California 95811
Telephone:  (916) 442-8614
Facsimile:  (916) 442-5679
wfwattny@aol.com

David A. Valerio (SBN 133568)
Attorney at Law
P.O. Box 4977
Auburn, California 95604
Telephone: (916) 401-0369

Attorneys for Plaintiff
TRAVIS J. CURRIER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS J. CURRIER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STRYKER CORPORATION; STRYKER SALES CORPORATION; HOWMEDICA OSTEONICS CORP, dba STRYKER ORTHOPAEDICS, and DOES 1-20,<br><br>Defendants. | Case No. 2:11-cv-01203-JAM-EFB<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO PLEAD OR OTHERWISE RESPOND** |

1   STIPULATION AND [PROPOSED] ORDER; CASE NO. 2:11-CV-01203-JAM-EFB

236461 V2

PDF created with pdfFactory trial version www.pdffactory.com

1  Whereas, on May 30, 2012, the Parties filed a stipulated request to continue the pretrial
2  scheduling order deadlines, to allow Plaintiff to amend his complaint to include Pfizer as a
3  Defendant.

4  Whereas, on May 31, 2012, this Court entered a stipulation to continue the pretrial
5  scheduling order deadlines, and allowed Plaintiff to amend his complaint as to the Parties by July 3,
6  2012, to add additional Defendant Pfizer and dismiss as Defendants Stryker Corporation and
7  Howmedica Osteonics Corp. as soon as Plaintiff obtained further confirmation that Stryker
8  Corporation and Howmedica Osteonics Corp. were not the manufacturers of the subject device.

9  Whereas, on July 3, 2012, Plaintiff filed a Second Amended Complaint and included Pfizer
10 as a Defendant, in addition to Defendants Stryker Corporation and Howmedica Osteonics Corp.

11 Whereas, on July 11, 2012, this Court granted Parties' stipulation to extend the time for
12 Stryker Corporation and Howmedica Osteonics Corp. to respond to Plaintiff's complaint to August
13 14, 2012.

14 Whereas Co-Defendant Pfizer was recently served with Plaintiff's complaint and its response
15 is currently due on September 10, 2012.

16 Whereas Plaintiff expects to dismiss Defendants Stryker Corporation and Howmedica
17 Osteonics Corp. once Pfizer appears in this action and acknowledges it's role relative to the product.

18 IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel
19 and pursuant to Civil Local Rules 143 and 144 that the time for Defendants STRYKER
20 CORPORATION and HOWMEDICA OSTEONICS CORP (erroneously sued as Stryker
21 Orthopaedics) to answer, move, or otherwise respond to Plaintiffs' Second Amended Complaint is
22 extended by 35 days to September 18, 2012.

23
24 Dated: August 13, 2012                    ATTORNEYS AT LAW
25
26                                           By:  /s/  *William F. Wright*
                                                  WILLIAM F. WRIGHT
27                                           Attorneys for Plaintiff
28

2         STIPULATION AND [PROPOSED]
ORDER; CASE NO. 2:11-CV-01203-JAM-EFB

236461 V2
PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: August 13, 2012 | SHOOK, HARDY & BACON L.L.P. |
| 2 | | |
| 3 | | By: _____/s/   *Amir Nassihi*_____ |
| | | ALICIA J. DONAHUE |
| 4 | | AMIR NASSIHI |
| 5 | | Attorneys for Defendants STRYKER CORPORATION AND HOWMEDICA OSTEONICS CORP (erroneously sued as Stryker Orthopaedics) |

**IT IS SO ORDERED.**

DATED:   August 13, 2012          /s/ John A. Mendez
                                  JOHN A. MENDEZ
                                  United States District Court Judge

236461 V2

PDF created with pdfFactory trial version www.pdffactory.com