1  Alicia J. Donahue (SBN 117412)
   Amir Nassihi (SBN 235936)
2  SHOOK, HARDY & BACON L.L.P.
   One Montgomery, Suite 2700
3  San Francisco, California 94104
   Telephone: (415) 544-1900
4  Facsimile: (415) 391-0281
   adonahue@shb.com
5  anassihi@shb.com

6  Attorneys for Defendants STRYKER CORPORATION
   and HOWMEDICA OSTEONICS CORP (erroneously
7  sued as Stryker Orthopaedics)

8  William F. Wright (SBN 109470)
   Victor X. Bertolani (SBN 146376)
9  Attorneys At Law
   1731 "J" Street, Suite 250
10 Sacramento, California 95811
   Telephone:  (916) 442-8614
11 Facsimile:  (916) 442-5679
   wfwattny@aol.com
12
   David A. Valerio (SBN 133568)
13 Attorney at Law
   P.O. Box 4977
14 Auburn, California 95604
   Telephone: (916) 401-0369
15
   Attorneys for Plaintiff
16 TRAVIS J. CURRIER

17                    UNITED STATES DISTRICT COURT

18                    EASTERN DISTRICT OF CALIFORNIA

19

20 TRAVIS J. CURRIER, an individual,     | Case No. 2:11-cv-01203-JAM-EFB

21        Plaintiff,                     | **STIPULATION OF DISMISSAL
                                         | WITHOUT PREJUDICE OF
22        v.                             | DEFENDANTS STRYKER
                                         | CORPORATION AND HOWMEDICA
23 STRYKER CORPORATION; STRYKER          | OSTEONICS CORP, ERRONEOUSLY
   SALES CORPORATION; HOWMEDICA          | SUED AS STRYKER ORTHOPAEDICS;
24 OSTEONICS CORP, dba STRYKER           | ORDER**
   ORTHOPAEDICS, and DOES 1-20,
25
          Defendants.
26

27

28

                                      1  STIPULATION OF DISMISSAL AND [PROPOSED]
                                         ORDER; CASE NO. 2:11-CV-01203-JAM-EFB
238429 V2

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff TRAVIS J. CURRIER and Defendants STRYKER CORPORATION and HOWMEDICA OSTEONICS CORP, erroneously sued as STRYKER ORTHOPAEDICS, by and through their respective undersigned counsel, hereby stipulate to the dismissal of Defendants STRYKER CORPORATION and HOWMEDICA OSTEONICS CORP, erroneously sued as STRYKER ORTHOPAEDICS, without prejudice, with each party to bear its own costs and fees.

Dated: September 18, 2012          ATTORNEYS AT LAW

                                   By: /s/
                                       WILLIAM F. WRIGHT

                                   Attorneys for Plaintiff TRAVIS J. CURRIER

Dated: September 18, 2012          SHOOK, HARDY & BACON L.L.P.

                                   By: /s/
                                       ALICIA J. DONAHUE
                                       AMIR NASSIHI

                                   Attorneys for Defendants STRYKER
                                   CORPORATION AND HOWMEDICA
                                   OSTEONICS CORP (erroneously
                                   sued as Stryker Orthopaedics)

**IT IS SO ORDERED.**

DATED: 9/19/2012

                                   /s/ John A. Mendez

                                   U. S. DISTRICT COURT JUDGE

2   STIPULATION OF DISMISSAL AND [PROPOSED] ORDER; CASE NO. 2:11-CV-01203-JAM-EFB

238429 v2