Alicia J. Donahue (SBN 117412)
Amir Nassihi (SBN 235936)
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone: (415) 544-1900
Facsimile: (415) 391-0281
adonahue@shb.com
anassihi@shb.com

Attorneys for Defendants STRYKER CORPORATION and HOWMEDICA OSTEONICS CORP (erroneously sued as Stryker Orthopaedics)

William F. Wright (SBN 109470)
Victor X. Bertolani (SBN 146376)
Attorneys At Law
1731 "J" Street, Suite 250
Sacramento, California 95811
Telephone:  (916) 442-8614
Facsimile:  (916) 442-5679
wfwattny@aol.com

David A. Valerio (SBN 133568)
Attorney at Law
P.O. Box 4977
Auburn, California 95604
Telephone: (916) 401-0369

Attorneys for Plaintiff
TRAVIS J. CURRIER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS J. CURRIER, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>STRYKER CORPORATION; STRYKER SALES CORPORATION; HOWMEDICA OSTEONICS CORP, dba STRYKER ORTHOPAEDICS, and DOES 1-20,<br><br>            Defendants. | Case No. 2:11-cv-01203-JAM-EFB<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS STRYKER CORPORATION AND HOWMEDICA OSTEONICS CORP, ERRONEOUSLY SUED AS STRYKER ORTHOPAEDICS; ORDER** |

238429 V2

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff TRAVIS J. CURRIER and Defendants STRYKER CORPORATION and HOWMEDICA OSTEONICS CORP, erroneously sued as STRYKER ORTHOPAEDICS, by and through their respective undersigned counsel, hereby stipulate to the dismissal of Defendants STRYKER CORPORATION and HOWMEDICA OSTEONICS CORP, erroneously sued as STRYKER ORTHOPAEDICS, without prejudice, with each party to bear its own costs and fees.

Dated: September 18, 2012             ATTORNEYS AT LAW

                                      By: /s/
                                           WILLIAM F. WRIGHT

                                      Attorneys for Plaintiff TRAVIS J. CURRIER

Dated: September 18, 2012             SHOOK, HARDY & BACON L.L.P.

                                      By: /s/
                                           ALICIA J. DONAHUE
                                           AMIR NASSIHI

                                      Attorneys for Defendants STRYKER
                                      CORPORATION AND HOWMEDICA
                                      OSTEONICS CORP (erroneously
                                      sued as Stryker Orthopaedics)

**IT IS SO ORDERED.**

DATED: 9/19/2012

                                      /s/ John A. Mendez

                                      U. S. DISTRICT COURT JUDGE

238429 v2