1  Alicia J. Donahue (SBN 117412)
   Amir Nassihi (SBN 235936)
2  SHOOK, HARDY & BACON L.L.P.
   One Montgomery, Suite 2700
3  San Francisco, California 94104
   Telephone: (415) 544-1900
4  Facsimile: (415) 391-0281
   adonahue@shb.com
5  anassihi@shb.com

6  Attorneys for Defendant Pfizer Inc.

7  William F. Wright (SBN 109470)
   Victor X. Bertolani (SBN 146376)
8  Attorneys At Law
   1731 "J" Street, Suite 250
9  Sacramento, California 95811
   Telephone:  (916) 442-8614
10 Facsimile:  (916) 442-5679
   wfwattny@aol.com
11
   David A. Valerio (SBN 133568)
12 Attorney at Law
   P.O. Box 4977
13 Auburn, California 95604
   Telephone: (916) 401-0369
14
15 Attorneys for Plaintiff
   TRAVIS J. CURRIER

16            UNITED STATES DISTRICT COURT

17           EASTERN DISTRICT OF CALIFORNIA

18

19 TRAVIS J. CURRIER, an individual,        Case No. 2:11-cv-01203-JAM-EFB

20            Plaintiff,                     **STIPULATION AND ORDER EXTENDING
                                             PENDING DATES BY 60 DAYS**
21       v.
                                             **(AS MODIFIED BY THE COURT)**
22 STRYKER CORPORATION; STRYKER
   SALES CORPORATION; HOWMEDICA
23 OSTEONICS CORP, dba STRYKER             Trial Date:  September 30, 2013
   ORTHOPAEDICS, and DOES 1-20,
24
            Defendants.
25

26

27

28

                                    1

1.   On May 30, 2012, Plaintiff Travis Currier and former Defendants Stryker and Howmedica Osteonics Corp. filed a stipulation allowing Plaintiffs to file an amended complaint as the existing Defendants were incorrectly named.  This stipulation was approved by the Court on May 31, 2012.

2.   On July 3, 2012, Plaintiff filed an amended complaint adding newly named defendant Pfizer.

3.   On August 30, 2012, Pfizer answered Plaintiff's complaint and appeared in this lawsuit.

4.   On September 19, 2012, Plaintiff dismissed Stryker and Howmedica, leaving Pfizer as the sole defendant in this action.

5.   Parties have since engaged in written discovery and records collection.

6.   Parties have sought medical records going back to the early 1990s, when Plaintiff first developed Ewings Sarcoma and required a femoral implant.  Parties are close to completing their medical records collection of available medical records.

7.   Upon completion of parties medical records collection, Pfizer intends to depose Plaintiff, who is unavailable for deposition until March 8, 2013.  Plaintiff's deposition is required for parties' experts to formulate their opinions.  Following this deposition, Parties anticipate conducting treating physician depositions also.

8.   Parties are also scheduling a metallurgical inspection of the subject femoral implant and are currently working on a protocol.  Parties anticipate completing this inspection in the next 45 days.

9.   As such, Parties hereby stipulate and respectfully request that this Court consider the foregoing as good cause to amend the existing Pre-trial Scheduling Order to continue all pending dates by 60 days, to the following:

a.)   All dispositive motions shall be filed by August 28, 2013;

STIPULATION AND [PROPOSED] ORDER EXTENDING PENDING DATES BY 60 DAYS
245719 v3

b.)     Hearing on such [dispositive] motions shall be on September 25, 2013 at 9:30 a.m. or as soon thereafter as this Court will permit;

c.)     All discovery shall be completed by July 8, 2013;

d.)     The parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by May 14, 2013;

e.)     Supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by May 28, 2013;

f.)     The final pre-trial conference be set for October 25, 2013 at 11:00 a.m.; and

g.)     Jury trial in this matter be set for December 2, 2013 at 9:00 a.m.


Dated:  February 11, 2013                    ATTORNEYS AT LAW


                                             By: __/s/  *Victor Bertolani*_____
                                                 WILLIAM F. WRIGHT
                                                 VICTOR X. BERTOLANI

                                             Attorneys for Plaintiff  TRAVIS J. CURRIER

Dated:  February 11, 2013                    SHOOK, HARDY & BACON L.L.P.


                                             By: __/s/  *Amir Nassihi*_____
                                                 ALICIA J. DONAHUE
                                                 AMIR NASSIHI

                                             Attorneys for Defendant PFIZER INC.

**IT IS SO ORDERED.**


DATED:   2/11/2013                           /s/ John A. Mendez_____
                                             JOHN A. MENDEZ
                                             United States District Court Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING PENDING DATES BY 60 DAYS

245719 v3