1  Alicia J. Donahue (SBN 117412)
   Amir Nassihi (SBN 235936)
2  SHOOK, HARDY & BACON L.L.P.
   One Montgomery, Suite 2700
3  San Francisco, California 94104
   Telephone: (415) 544-1900
4  Facsimile: (415) 391-0281
   adonahue@shb.com
5  anassihi@shb.com

6  Attorneys for Defendant Pfizer Inc.

7  William F. Wright (SBN 109470)
   Victor X. Bertolani (SBN 146376)
8  Attorneys At Law
   1731 "J" Street, Suite 250
9  Sacramento, California 95811
   Telephone:  (916) 442-8614
10 Facsimile:  (916) 442-5679
   wfwattny@aol.com
11
   David A. Valerio (SBN 133568)
12 Attorney at Law
   P.O. Box 4977
13 Auburn, California 95604
   Telephone: (916) 401-0369
14
   Attorneys for Plaintiff
15 TRAVIS J. CURRIER

16                UNITED STATES DISTRICT COURT

17                EASTERN DISTRICT OF CALIFORNIA

18

19 TRAVIS J. CURRIER, an individual,        Case No. 2:11-cv-01203-JAM-EFB

20         Plaintiff,                       **STIPULATION AND ORDER EXTENDING PENDING DATES BY 60 DAYS**

21    v.
                                            **(AS MODIFIED BY THE COURT)**
22 STRYKER CORPORATION; STRYKER
   SALES CORPORATION; HOWMEDICA
23 OSTEONICS CORP, dba STRYKER              Trial Date:  September 30, 2013
   ORTHOPAEDICS, and DOES 1-20,
24
           Defendants.
25

26

27

28
                                          1

1. On May 30, 2012, Plaintiff Travis Currier and former Defendants Stryker and Howmedica Osteonics Corp. filed a stipulation allowing Plaintiffs to file an amended complaint as the existing Defendants were incorrectly named. This stipulation was approved by the Court on May 31, 2012.

2. On July 3, 2012, Plaintiff filed an amended complaint adding newly named defendant Pfizer.

3. On August 30, 2012, Pfizer answered Plaintiff's complaint and appeared in this lawsuit.

4. On September 19, 2012, Plaintiff dismissed Stryker and Howmedica, leaving Pfizer as the sole defendant in this action.

5. Parties have since engaged in written discovery and records collection.

6. Parties have sought medical records going back to the early 1990s, when Plaintiff first developed Ewings Sarcoma and required a femoral implant. Parties are close to completing their medical records collection of available medical records.

7. Upon completion of parties medical records collection, Pfizer intends to depose Plaintiff, who is unavailable for deposition until March 8, 2013. Plaintiff's deposition is required for parties' experts to formulate their opinions. Following this deposition, Parties anticipate conducting treating physician depositions also.

8. Parties are also scheduling a metallurgical inspection of the subject femoral implant and are currently working on a protocol. Parties anticipate completing this inspection in the next 45 days.

9. As such, Parties hereby stipulate and respectfully request that this Court consider the foregoing as good cause to amend the existing Pre-trial Scheduling Order to continue all pending dates by 60 days, to the following:

a.) All dispositive motions shall be filed by August 28, 2013;

b.) Hearing on such [dispositive] motions shall be on September 25, 2013 at 9:30 a.m. or as soon thereafter as this Court will permit;

c.) All discovery shall be completed by July 8, 2013;

d.) The parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by May 14, 2013;

e.) Supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by May 28, 2013;

f.) The final pre-trial conference be set for October 25, 2013 at 11:00 a.m.; and

g.) Jury trial in this matter be set for December 2, 2013 at 9:00 a.m.

Dated: February 11, 2013          ATTORNEYS AT LAW

By:  /s/  *Victor Bertolani*
   WILLIAM F. WRIGHT
   VICTOR X. BERTOLANI

Attorneys for Plaintiff TRAVIS J. CURRIER

Dated: February 11, 2013          SHOOK, HARDY & BACON L.L.P.

By:  /s/  *Amir Nassihi*
   ALICIA J. DONAHUE
   AMIR NASSIHI

Attorneys for Defendant PFIZER INC.

**IT IS SO ORDERED.**

DATED:  2/11/2013                /s/ John A. Mendez
                                 JOHN A. MENDEZ
                                 United States District Court Judge