| | |
|---|---|
| 1 | Alicia J. Donahue (SBN 117412) |
| | Amir Nassihi (SBN 235936) |
| 2 | SHOOK, HARDY & BACON L.L.P. |
| | One Montgomery, Suite 2700 |
| 3 | San Francisco, California 94104 |
| | Telephone: (415) 544-1900 |
| 4 | Facsimile: (415) 391-0281 |
| | adonahue@shb.com |
| 5 | anassihi@shb.com |
| 6 | Attorneys for Defendant PFIZER INC. |
| 7 | William F. Wright (SBN 109470) |
| | Victor X. Bertolani (SBN 146376) |
| 8 | Attorneys At Law |
| | 1731 "J" Street, Suite 250 |
| 9 | Sacramento, California 95811 |
| | Telephone:  (916) 442-8614 |
| 10 | Facsimile:  (916) 442-5679 |
| | wfwattny@aol.com |
| 11 | |
| 12 | David A. Valerio (SBN 133568) |
| | Attorney at Law |
| 13 | P.O. Box 4977 |
| | Auburn, California 95604 |
| 14 | Telephone: (916) 401-0369 |
| 15 | Attorneys for Plaintiff |
| | TRAVIS J. CURRIER |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS J. CURRIER, an individual, | Case No. 2:11-cv-01203-JAM-EFB |
| Plaintiff, | **STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER** |
| v. | |
| STRYKER CORPORATION; STRYKER SALES CORPORATION; HOWMEDICA OSTEONICS CORP, dba STRYKER ORTHOPAEDICS, and DOES 1-20, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff TRAVIS J. CURRIER and Defendant PFIZER INC., by and through their respective undersigned counsel, hereby stipulate to the dismissal of the above-referenced action, with prejudice, with each party to bear its own costs and fees.

Dated: March 19, 2013          ATTORNEYS AT LAW

By: /s/ *Victor X. Bertolani*
    WILLIAM F. WRIGHT
    VICTOR X. BERTOLANI

Attorneys for Plaintiff TRAVIS J. CURRIER

Dated: March 19, 2013          SHOOK, HARDY & BACON L.L.P.

By: /s/ *Alicia J. Donahue*
    ALICIA J. DONAHUE
    AMIR NASSIHI

Attorneys for Defendant PFIZER INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 3/25/2013          /s/ John A. Mendez
                          JOHN A. MENDEZ
                          United States District Court Judge