Alicia J. Donahue (SBN 117412)
Amir Nassihi (SBN 235936)
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone: (415) 544-1900
Facsimile: (415) 391-0281
adonahue@shb.com
anassihi@shb.com

Attorneys for Defendant PFIZER INC.

William F. Wright (SBN 109470)
Victor X. Bertolani (SBN 146376)
Attorneys At Law
1731 "J" Street, Suite 250
Sacramento, California 95811
Telephone:  (916) 442-8614
Facsimile:  (916) 442-5679
wfwattny@aol.com

David A. Valerio (SBN 133568)
Attorney at Law
P.O. Box 4977
Auburn, California 95604
Telephone: (916) 401-0369

Attorneys for Plaintiff
TRAVIS J. CURRIER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS J. CURRIER, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>STRYKER CORPORATION; STRYKER SALES CORPORATION; HOWMEDICA OSTEONICS CORP, dba STRYKER ORTHOPAEDICS, and DOES 1-20,<br><br>        Defendants. | Case No. 2:11-cv-01203-JAM-EFB<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER** |

1
STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff TRAVIS J. CURRIER and Defendant PFIZER INC., by and through their respective undersigned counsel, hereby stipulate to the dismissal of the above-referenced action, with prejudice, with each party to bear its own costs and fees.

Dated: March 19, 2013                           ATTORNEYS AT LAW

                                                By: /s/ *Victor X. Bertolani*
                                                    WILLIAM F. WRIGHT
                                                    VICTOR X. BERTOLANI

                                                Attorneys for Plaintiff TRAVIS J. CURRIER

Dated: March 19, 2013                           SHOOK, HARDY & BACON L.L.P.

                                                By: /s/ *Alicia J. Donahue*
                                                    ALICIA J. DONAHUE
                                                    AMIR NASSIHI

                                                Attorneys for Defendant PFIZER INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 3/25/2013                                /s/ John A. Mendez
                                                JOHN A. MENDEZ
                                                United States District Court Judge